**FILED**
Jul 07 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>        Plaintiff,<br>    v.<br>DARREN HUGHES,<br>        Defendant. | Case No. 23-mj-70976-MAG-1  (AGT)<br><br>Charging District's Case No.<br>23cr368 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant is ordered to appear in the Northern District of Illinois.  To the extent possible, Defendant shall appear before the duty magistrate judge on July 17, 2023 at 1:00 PM, in courtroom 1743 located at 219 South Dearborn Street, Chicago, Illinois.

The defendant:          ( ) will retain an attorney.

                              (XX) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:**  The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.  The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Court for that district of the defendant's arrival so that Defendant's appearance can be confirmed for July 17, 2023 or so that further proceedings may be promptly scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: July 6, 2023

_____
ALEX G. TSE
United States Magistrate Judge